though the commissioner had earlier participated in settlement negotiations between the parties?''

The Supreme Court docket number is SC 15226.

*Peter B. Rustin,* in support of the petition.

*William J. Prensky,* assistant attorney general, in opposition.

Decided March 23, 1995

STATE OF CONNECTICUT *v.* RODNEY CROSBY

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 805 (AC 13384), is denied.

*Susan M. Cormier,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided March 23, 1995

STATE OF CONNECTICUT *v.* LAWRENCE J. BRUNOLI

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 959 (AC 13610/13611), is denied.

*Zbigniew S. Rozbicki,* in support of the petition.

*Timothy J. Sugrue,* assistant state's attorney, in opposition.

Decided March 23, 1995

STATE OF CONNECTICUT *v.* KEITH DWAYNE LAWS

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 401 (AC 13325), is denied.

*Edward M. Brown,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided April 3, 1995